NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND RAMIREZ, | C 11-00933 JF (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| vs. | |
| ANTHONY HEDGPETH, Warden, | |
| Respondents. | |

Petitioner, a California prisoner, filed a "notice of appeal" seeking relief from the California Supreme Court's denying his appeal. (Docket No. 1.) On April 25, 2011, the Clerk of the Court sent a notice to Petitioner that he must file a federal petition using the court's form petition within thirty days. (Docket No. 6.) Petitioner was warned that failure to file a petition in the time provided would result in the dismissal of the action. (Id.) The deadline has since passed, and Petitioner has not filed a petition. Accordingly, this action is DISMISSED without prejudice.

The Clerk shall terminate any pending motions.

IT IS SO ORDERED.

DATED: 6/10/11

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.11\00933Ramirez_dism.wpd      1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH R RAMIREZ,

          Petitioner,

  v.

ANTHONY HEDGPETH, Warden,

          Respondents.

         Case Number: CV11-00933 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/24/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Raymond Ramirez G-37779
Salinas Vally State Prison
PO Box 1050
D-9 138
Soledad, CA 93960-1050

Dated: 6/24/11

                                Richard W. Wieking, Clerk